IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-00189-DBS-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD D. SUOMINEN,

    Defendant,

and

AMERICAN RESEARCH INTERVIEWING, LLC,

    Garnishee.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiff's Motion to Dismiss Writ of Garnishment [Docket No. 17; Filed March 14, 2008] (the "Motion"). The Defendant Debtor now being deceased,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, and the Writ of Garnishment [Docket No. 16] is dismissed.

Dated: March 18, 2008